IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.  Case No.: **RDB-16-0087**

**MARCUS CURETON**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT CURETON'S MOTION TO SUPPRESS EVIDENCE

NOW COMES Marcus Cureton, Defendant, by and through his attorney, Thomas J. McNicholas, and pursuant to Rule 12 of the Federal Rules of Criminal Procedure respectfully moves that this Court suppress any identifications made of the defendant, any statements given by the Defendant to police and any items seized by police from the Defendant or from his residence. As reasons therefor, the Defendant asserts:

1. The Defendant is charged in a multi-count indictment with violations of, 18 U.S.C.§ 1951(a), 18 U.S.C. §924(c) ,18 U.S.C. § 2, 18 U.S.C. §924(d), 18 U.S.C. §2461(c) and 18 U.S.C. §922(g)(1). Those charges concern the alleged armed robberies of the following enterprises:

October 19, 2015, **Liberty Gas Station**, located at, 200 Englar Rd., Westminster 21157
October 28, 2015, **Erdman BP Gas Station**, located at, 4901 Erdman Ave., Baltimore, 21205
October 30, 2015, **Mobile Gas Station**, located at, 10625 Connecticut Ave., Kensington, 20895
November 6, 2015, **America's Cash Express**, located at, 5500 Sinclair Ln., Baltimore, 21206
November 8, 2015, **BP Gas Station**, located at, 1001 Pulaski Highway, Havre De Grace, 21078
November 22, 2015**, Exxon Gas Station**, located at, 7619 Greenbelt Road, Greenbelt, 20770
December 9, 2015**, Subway**, located at, 200 N. Highland Ave., Baltimore, MD 21224
December 21, 2015**, Burger King**, located at, 4443 Reisterstown Rd., Baltimore, MD 21215

2. On December 23, 2015, when the Defendant was arrested, his cell phone was seized by police, acting without a warrant. The Defendant asserts that this seizure was in violation of the Fourth Amendment to the United States Constitution. He furthers avers that if the seizure was pursuant to a warrant it was issued and executed in violation of the Fourth Amendment to the United States Constitution.

3. On December 23, 2015, the Defendant's residence at 1420 Pennsylvania Avenue, Apartment 102, in Baltimore City was searched by police, acting with a warrant. Pursuant to this warrant, items belonging to the Defendant were seized. The Defendant asserts that this warrant was issued and executed in violation of the Fourth Amendment to the United States Constitution.

4. On December 23, 2015, a photographic identification was made by Korrine Jamison of the Defendant in violation of the defendant's 4th, 5th, and 6th Amendment rights.

**WHEREFORE**, Defendant Cureton respectfully requests that this Court suppress photo identification, his cell phone, any items seized from his residence, and any data recovered from his cell phone.

Respectfully submitted

*Thomas J. McNicholas*
__/S/_____
Thomas J. McNicholas
1212 S. Curley Street
Baltimore, Maryland 21224
(410) 752-8888, ext. 102
Tommcn1@Yahoo.com

Attorney for Defendant Cureton

### REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Rules of the United States District Court for the District of Maryland, Defendant Cureton respectfully requests a hearing on this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2016, a copy of the foregoing document was served by way of ECF to all counsel of record..

*Thomas J. McNicholas*
__/S/_____
Thomas J. McNicholas