

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

Patricia McLane | Suite 400 | *DIRECT: 410-209-4942*
*Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800*
*Patricia.McLane@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717*

September 8, 2016

The Honorable Judge Richard D. Bennett
U.S. District Judge
U.S. District Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:  <u>US v. Marcus Cureton, et. al.</u>
     16-RDB-087

Dear Judge Bennett:

I write this correspondence in advance of the conference call with all parties this afternoon. This is a multi-Hobbs Act robbery conspiracy case. Currently there six substantive robberies charged and two conspiracy charges. A status of the case follows to update the court:

A motions hearing on September 30, 2016; a trial is scheduled to begin on October 31, 2016. All four defendants have filed motions. The government filed a request to postpone their response until September 16, 2016. Finally, all four defendants are represented by counsel. However, counsel for Prater recently entered and counsel for Cureton filed a Motion to Withdraw yesterday. The two new attorneys may need additional time to review over 2,000 pages of discovery, including phone records, DNA reports, dozens of witness statements and multiple surveillance videos.

The parties have entered into plea negotiations. However, to date, none of the defendants have accepted an offer.

At this point it appears that all four defendants are intent on proceeding to trial. In addition, the government anticipates it will bring additional charges based on evidence uncovered as part of our continuing investigation. Accordingly, the trial may last longer than originally anticipated, and in an abundance of caution, we believe the trial will last two weeks.

Thank you for your consideration.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: ____/s/_____
    Patricia McLane
    Clinton Fuchs
    Assistant United States Attorneys

cc via electronic notice: Paul Hazelhurst, Counsel for McFadden; Thomas McNichol, Counsel for Cureton; William Purpura, Counsel for Prater; Michael DeMartin, Counsel for Reynolds.