**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*  *Suite 400*  DIRECT: 410-209-4942
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Patricia.McLane@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

February 23, 2017

The Honorable Judge Richard D. Bennett
U.S. District Court Judge
U.S. District Courthouse
101 W. Baltimore Street
Baltimore, MD 21201

      Re:  *United States of America v. Marcus Cureton, et. al.*
         RDB-16-0087

Dear Judge Bennett:

      The above captioned matter is scheduled for trial on March 20, 2017.  The government intends to call numerous law enforcement officers as witnesses during trial.  These witnesses are from seven different jurisdictions.

      The government is in the process of obtaining the IAD file for the potential witnesses in order to comply with our *Giglio* obligations.  Two jurisdictions have provided files for their officers (Baltimore City and Baltimore County).

      The remaining jurisdictions do not routinely turn over IAD files.  Prince William County, Virginia, will only turn over the IAD files by court order.  Accordingly, please find the enclosed proposed order for Prince William County.

      The government will continue to work with the remaining jurisdictions to obtain the necessary IAD files.  We may need to request additional court orders and will keep the court abreast of such.

      Very truly yours,

      Rod J. Rosenstein
      United States Attorney

      By:_____/s/_____
        Patricia McLane
        Assistant United States Attorney

cc: Teresa Whalen, Esq., William Purpura, Esq., Michael Lawlor, Esq.
Enclosure